**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Edward Beaty, | No. CV-92-2076-PHX-SRB |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | |
| Charles L. Ryan, et al.,[1] | **ORDER** |
| Respondents. | |

Pursuant to LRCiv 83.3(b)(2), co-counsel for Petitioner, John Charland, moves to withdraw from further representing Petitioner in this matter. (Dkt. 340.) Petitioner continues to be represented by the Federal Public Defender's office.

**IT IS HEREBY ORDERED** granting Mr. Charland's motion to withdraw.

**IT IS FURTHER ORDERED** requiring that any outstanding interim voucher be submitted for payment within thirty (30) days of this Order.

DATED this 8th day of January, 2010.

_____
Susan R. Bolton
United States District Judge

---

[1] Charles L. Ryan is substituted for Dora B. Schriro, as Director, Arizona Department of Corrections. Fed. R. Civ. P. 25(d)(1).