WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Edward Beaty,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　Respondents. | CV 92-2076-PHX-SRB<br><br>Death Penalty Case<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR AUTHORIZATION FOR HABEAS COUNSEL TO CONDUCT STATE-COURT LITIGATION** |

　　　Pending before the Court is Petitioner's Unopposed Motion for Authorization for Habeas Counsel to Conduct State-Court Litigation. (Doc. 355). Good cause appearing,

　　　**IT IS HEREBY ORDERED** granting the Unopposed Motion for Authorization for Habeas Counsel to Conduct State-Court Litigation. (Doc. 355). The Federal Public Defender is authorized to represent Petitioner Beaty in state court to pursue successive state post-conviction relief on the basis of the United States Supreme Court's grant of certiorari in *Maples v. Thomas*, No. 10-63, 2011 WL 940889 (U.S. March 21, 2011), as well as any clemency proceedings. *See Harbison v. Bell*, 129 S. Ct. 1481, 1489 n.7 & 1491 (2009).

　　　DATED this 22nd day of April, 2011.

_____
Susan R. Bolton
United States District Judge

- 1 -